CHRISTOPHER L. WANGER (CA Bar No. 164751)
RYAN S. HILBERT (CA Bar No. 210549)
MANATT, PHELPS & PHILLIPS, LLP
1001 Page Mill Road, Building 2
Palo Alto, CA 94304-1006
Telephone: (650) 812-1300
Facsimile: (650) 213-0260

Attorneys for Plaintiff and Counterdefendant,
PORTRAIT DISPLAYS, INC. and Counterdefendants, J. MICHAEL JAMES and JAMES CASEY

MICHAEL T. WELCH (CA Bar No. 122630)
LAW OFFICES OF MICHAEL T. WELCH
Three Embarcadero Center, Suite 1150
San Francisco, CA 94111
Telephone: (415) 765-4648
Facsimile: (415) 399-3006

Attorneys for Defendants and Counterclaimants,
BRYAN SPEECE, ASHLEY SALDANHA AND ENTECH TAIWAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

*E-FILED - 6/29/05*

| | |
|---|---|
| PORTRAIT DISPLAYS, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>BRYAN SPEECE, ASHLEY SALDANHA and ENTECH TAIWAN<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIMS | Case No.: C 04 1501 RMW PVT<br><br>**STIPULATION AND ORDER DISMISSING CERTAIN CLAIMS OF PLAINTIFF PORTRAIT DISPLAYS, INC., CONTINUING HEARING ON DEFENDANT BRYAN SPEECE'S SUMMARY JUDGMENT MOTION, AND CONTINUING PRE-TRIAL DATES AND TRIAL DATE BY APPROXIMATELY 30 DAYS** |

WHEREAS the parties in this case have been conducting settlement discussions over the last several months, including two settlement conferences with Magistrate Judge Trumbull, which have resulted in a signed settlement agreement between Portrait

1  Displays, Inc. ("PDI"), J. Michael James ("James") and James Casey ("Casey"), on the
2  one hand, and Ashley Saldanha and EnTech Taiwan, on the other hand, pursuant to which
3  these settling parties have agreed to file dismissals of all of their claims and counterclaims
4  against each other, which dismissals will be on file shortly;

5  WHEREAS, the only remaining unsettled claims are PDI's claims against Bryan
6  Speece and Speece's counterclaims against PDI, James and Casey;

7  WHEREAS, Speece filed on June 1, 2005 a motion seeking summary judgment of
8  all of PDI's claims against him and filed additional related papers on June 6, 2005, which
9  motion is presently set for hearing on July 8, 2005;

10  WHEREAS, as a result of the settlement agreement PDI reached with EnTech and
11  Saldanha, PDI is willing, in exchange for a waiver of fees and costs from Speece, to
12  dismiss the following claims in PDI's complaint against Speece: (1) the First Claim for
13  Relief for Copyright Infringement; (2) the Fourth Claim for Relief for Misappropriation of
14  Trade Secrets; (3) the Fifth Claim for Relief for Intentional Interference with Contract,
15  and (4) the Sixth Claim for Relief for Unfair Competition;

16  WHEREAS, the dismissal referenced above will significantly narrow the issues to
17  be decided on summary judgment;

18  WHEREAS, PDI contends that it needs additional discovery to oppose Speece's
19  summary judgment motion on PDI's remaining claims, including Speece's deposition and
20  additional document production, and further contends that it requires a 30-day
21  continuance of the July 8 hearing date on Speece's summary judgment motion in order to
22  complete such discovery;

23  WHEREAS, Speece does not oppose a continuance of the hearing date on his
24  motion for summary judgment to August 12, 2005;

25  WHEREAS, PDI intends to file its own motion for summary judgment and/or
26  adjudication which, in the interest of judicial economy, PDI also seeks to set for August
27  12, 2005;

28

1  WHEREAS, Speece intends to seek a remand of this action to state court based on PDI's dismissal of its copyright infringement claim and intends to file a motion for remand which the parties agree also should be heard on or before August 12, 2005;

WHEREAS, the parties agree that the trial date in this matter should be continued approximately 30 days to October 31, 2005 to allow the court the opportunity to hear the parties' summary judgment and remand motions;

WHEREAS, this is the second request for modification of the schedule in this matter;

WHEREFORE, IT IS HEREBY STIPULATED that the following claims in PDI's complaint shall be dismissed: (1) the First Claim for Relief for Copyright Infringement; (2) the Fourth Claim for Relief for Misappropriation of Trade Secrets; (3) the Fifth Claim for Relief for Intentional Interference with Contract; and (4) the Sixth Claim for Relief for Unfair Competition.  The parties further stipulate and agree that each party shall bear its or his own fees and costs, including but not limited to attorneys' fees, incurred in connection with such claims.

IT IS HEREBY FURTHER STIPULATED AND AGREED, by and between the parties through their respective counsel, that the hearing on Speece's summary judgment motion presently set for July 8, 2005 is continued to August 12, 2005.

IT IS HEREBY FURTHER STIPULATED AND AGREED, by and between the parties through their respective counsel, that the Pre-Trial Preparation Order Deadlines be extended by approximately 30 days as further set forth below.

Dated: June 14, 2005                    MANATT, PHELPS & PHILLIPS, LLP


By: s/ Christopher L. Wanger
    Christopher L. Wanger
    Attorneys for
    *Portrait Displays, Inc., J. Michael James
    and James Casey*

| | |
|---|---|
| Dated: June 14, 2005 | LAW OFFICES OF MICHAEL T. WELCH |
| | By: s/ Michael T. Welch |
| | Michael T. Welch |
| | Attorneys for |
| | Bryan Speece, EnTech Taiwan and Ashley Saldanha |

*Filer's Attestation: Pursuant to General Order No. 45, Section X(B) regarding signatures, Christopher L. Wanger hereby attests that concurrence in the filing of this document has been obtained.*

## ORDER

Pursuant to stipulation and good cause appearing,

IT IS HEREBY ORDERED that the following claims in PDI's complaint shall be dismissed: (1) the First Claim for Relief for Copyright Infringement; (2) the Fourth Claim for Relief for Misappropriation of Trade Secrets; (3) the Fifth Claim for Relief for Intentional Interference with Contract, and (4) the Sixth Claim for Relief for Unfair Competition. Each party shall bear its or his own fees and costs, including but not limited to attorneys' fees, incurred in connection with such claims.

IT IS HEREBY FURTHER ORDERED that the hearing on Speece's summary judgment motion presently set for July 8, 2005 is continued to August 12, 2005.

IT IS HEREBY FURTHER ORDERED that the following deadlines will apply in this case:

| | |
|---|---|
| Joint Pre-Trial Statement Due | October 11, 2005 |
| Pre-Trial Conference | October 20, 2005 |
| Jury Trial Date | October 31, 2005 |

Dated: 6/29/05     /S/ RONALD M. WHYTE
Honorable Ronald M. Whyte
United States District Judge

20135848.1

MANATT, PHELPS & PHILLIPS, LLP
ATTORNEYS AT LAW
LOS ANGELES

4   STIPULATED ORDER CONTINUING PRE-TRIAL DATES AND TRIAL DATE