CHRISTOPHER L. WANGER (CA Bar No. 164751)
RYAN S. HILBERT (CA Bar No. 210549)
MANATT, PHELPS & PHILLIPS, LLP
1001 Page Mill Road, Building 2
Palo Alto, CA  94304-1006
Telephone:    (650) 812-1300
Facsimile:     (650) 213-0260

Attorneys for Plaintiff and Counterdefendant,
PORTRAIT DISPLAYS, INC. and Counterdefendants, J. MICHAEL JAMES and JAMES CASEY

MICHAEL T. WELCH (CA Bar No. 122630)
LAW OFFICES OF MICHAEL T. WELCH
Three Embarcadero Center, Suite 1150
San Francisco, CA  94111
Telephone:    (415) 765-4648
Facsimile:     (415)  399-3006

Attorneys for Defendants and Counterclaimants,
BRYAN SPEECE, ASHLEY SALDANHA AND ENTECH TAIWAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

*E-FILED - 8/4/05*

| | |
|---|---|
| PORTRAIT DISPLAYS, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>BRYAN SPEECE, ASHLEY SALDANHA and ENTECH TAIWAN<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIMS | **Case No.: C 04 1501 RMW PVT**<br><br>**STIPULATION AND ORDER SHORTENING NOTICE PERIOD ON DISPOSITIVE MOTIONS OF PORTRAIT DISPLAYS, INC. J. MICHAEL JAMES AND JAMES CASEY** |

WHEREAS, the last day for the Court to hear dispositive motions in this case is set for August 12, 2005;

MANATT, PHELPS & PHILLIPS, LLP
ATTORNEYS AT LAW
PALO ALTO

20137871.1

STIPULATION TO SHORTEN NOTICE PERIOD ON PDI's MSJ
CASE NO. C04 1501 RMW  PVT

1  WHEREAS, based on an August 12, 2005 hearing date, the deadline by which
2  Plaintiff and Counterdefendant Portrait Displays, Inc. and Counterdefendants J. Michael
3  James and James Casey (collectively "PDI") may file a dispositive motion on a regular
4  35-day notice period is July 8, 2005;

5  WHEREAS, in order to allow PDI and Bryan Speece (the only parties with
6  unsettled claims in this matter) additional time to engage in settlement discussions prior to
7  PDI's filing of its dispositive motion, Mr. Speece has agreed to shorten by one week the
8  notice period on PDI's dispositive motion;

9  WHEREAS, pursuant to this stipulation, only the filing date for PDI's motion will
10  change;

11  WHEREAS, pursuant to this stipulation, the filing date for Mr. Speece's
12  Opposition to PDI's dispositive motion will not change and his Opposition will still be
13  due twenty one (21) days in advance of the August 12 hearing date;

14  WHEREAS, pursuant to this stipulation, the filing date for PDI's Reply in support
15  of its dispositive motion will not change and will still be due fourteen days (14) days in
16  advance of the August 12 hearing date;

17  WHEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between
18  the undersigned attorneys for the parties, that (1) Plaintiff will have until July 15, 2005 by
19  which to file its dispositive motion to be heard on August 12, 2005; (2) Mr. Speece will
20  have until July 22, 2005 by which to file his Opposition to such motion; and (3) Plaintiff
21  will have until July 29, 2005 by which to file its Reply in support of its dispositive
22  motion.

23  Dated: July 5, 2005                    MANATT, PHELPS & PHILLIPS, LLP

24                                         By: /s/ Christopher L. Wanger
25                                             Christopher L. Wanger
                                               Attorneys for *Portrait Displays, Inc., J.*
26                                             *Michael James and James Casey*

27

28

MANATT, PHELPS &
PHILLIPS, LLP
ATTORNEYS AT LAW
PALO ALTO

2

STIPULATION TO SHORTEN NOTICE
PERIOD ON PDI's MSJ
CASE NO. C04 1501 RMW  PVT

| | | |
|---|---|---|
| 1 | Dated: July 11, 2005 | LAW OFFICES OF MICHAEL T. WELCH |
| 2 | | By: /s/ Michael T. Welch |
| 3 | | Michael T. Welch<br>Attorneys for *Bryan Speece*, *EnTech Taiwan and Ashley Saldanha* |

*Filer's Attestation: Pursuant to General Order No. 45, Section X(B) regarding signatures, Christopher L. Wanger hereby attests that concurrence in the filing of this document has been obtained.*

## ORDER

Based on the foregoing stipulation, and good cause appearing therefore,

IT IS HEREBY ORDERED that:

(1) PDI will have until July 15, 2005 by which to file its dispositive motion to be heard on August 12, 2005;

(2) Defendant will have until July 22, 2005 (twenty-one days in advance of the hearing date) by which to file his Opposition to such motion; and

(3) PDI will have until July 29, 2005 (fourteen days in advance of the hearing date) by which to file its Reply in support of its dispositive motion.

Dated: 7/25/05

/S/ RONALD M. WHYTE
Honorable Ronald M. Whyte
United States District Judge

MANATT, PHELPS & PHILLIPS, LLP
ATTORNEYS AT LAW
PALO ALTO

STIPULATION TO SHORTEN NOTICE
PERIOD ON PDI's MSJ
CASE NO. C04 1501 RMW  PVT

3